**Order entered February 9, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-01296-CV

## IN THE INTEREST OF J.M.S., A CHILD

**On Appeal from the 470th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 470-56640-2021**

## ORDER

Before the Court is the February 3, 2023 request of Tanner Joy Feast, Official Court Reporter for the 470th Judicial District Court, for a forty-five day extension to file the reporter's record. We **GRANT** the request **only to the extent** that we extend the deadline to **March 8, 2023**.

/s/ KEN MOLBERG
JUSTICE